ORIGINAL

FILED
MAY - 6 2010
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtors

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| In Re: | ) Chapter 13 |
| VINCENT Q HARRIS | ) Case No. 04-57065 RLE |
| MICHAELA N SCHNEIDER | ) **NOTICE OF UNCLAIMED DIVIDEND** |
| Debtors | ) |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2467854 for an unclaimed dividend in the amount of $30.33. The name and address of the claimant entitled to the unclaimed dividend is as follows;

VINCENT Q HARRIS
MICHAELA N SCHNEIDER
2023 STAATS WAY
SANTA CLARA, CA 95050

Dated: May 04, 2010

_____
DEVIN DERHAM-BURK, TRUSTEE